**00–1846.   State v. Damberger.**
Medina App. No. 3024–M. On motion for stay of judgment pending appeal. Motion denied.

**00–1895.   State v. Black.**
Stark App. No. 1999CA00185. On motion for leave to file delayed appeal. Motion denied.
  MOYER, C.J., and PFEIFER, J., dissent.

**00–1896.   State v. Tillman.**
Lorain App. No. 96CA006427. On motion for leave to file delayed appeal. Motion denied.
  PFEIFER, J., dissents.

**00–1897.   Tic Toc Around The Clock Child Care Ctr. v. Ohio Dept. of Human Serv.**
Muskingum App. CT990022. On motion for immediate stay of court of appeals' judgment. Motion denied.
  MOYER, C.J., dissents.

**00–1898.   State v. Poole.**
Allen App. No. 1200016. On motion for stay pending appeal to the United States Supreme Court. Motion denied.
  MOYER, C.J., dissents.

**00–1907.   State v. Scott.**
Washington App. No. 97CA15. On motion for leave to file delayed appeal. Motion denied.
  PFEIFER, J., dissents.

**00–1908.   State v. Skidmore.**
Warren App. No. CA99–12–137. On motion for leave to file delayed appeal. Motion granted.
  RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

**00–1915.   State v. Collier.**
Cuyahoga App. No. 76433. On motion for leave to file delayed appeal. Motion granted.
  RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

**00–1954.   In re Adoption of Ashley F.**
Lucas App. No. L–00–1146. On motion for stay of court of appeals' judgment. Motion denied.

**00–1976.   State v. Jones.**
Scioto App. Nos. 98CA2624 and 98CA2626. On motion for stay of court of appeals' judgment. Motion denied.
  MOYER, C.J., and DOUGLAS, J., dissent.

## DISCRETIONARY APPEALS ALLOWED

**00–1219.   State v. Johnson.**
Mahoning App. No. 96CA190.
  PFEIFER and COOK, JJ., dissent.

**00–1233.   In re Estate of Stewart.**
Lorain App. No. 99CA007422. Discretionary appeal allowed; *sua sponte,* cause held for the decision in 00–428, *Holeton v. Crouse Cartage Co.,* Certified Question of State Law, No. 98CV7578; briefing schedule stayed.

**00–1422.   Lesnau v. Andate Ent., Inc.**
Montgomery App. No. 18135.
  RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**00–1478.   Saturn of Kings Automall, Inc. v. Mike Albert Leasing, Inc.**
Hamilton App. No. C–990703.
  RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.